| **Commission for the Blind**

**ANDREW M. CUOMO**
Governor

**SHEILA J. POOLE**
Acting Commissioner

## Verification of Legal Blindness

Name: Mr. Josue Romero-Diaz

NYSCB Registration No. CF# G1514W

Address: [REDACTED]

The above named person is registered as legally blind with the Commission for the Blind in accordance with New York State law, Section 8704.

Signature: *Nathaniel Beyor*

Title: Assistant Commissioner
Date: 07/11/2017

52 Washington Street, Rensselaer, NY 12144 | (XXX) XXX-XXXX | visionloss.ny.gov