UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSUE ROMERO, on behalf of himself and all other persons similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ZIP TOP, LLC,<br><br>　　　　　　　Defendant. | No.: 1:20-cv-10189 (LJL)<br><br>**DELCARATION OF WILLIAM J. DOWNES** |

I, WILLIAM J. DOWNES, hereby declare, pursuant to 28 U.S.C §1746, under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct.

1. I am counsel of record for Plaintiff Josue Romero ("Plaintiff"). I have personal knowledge of the matters discussed hereto.

2. On July 19, 2021, Plaintiff served his First Request for Admission on Defendant. Attached hereto is a true and accurate copy of Plaintiff's First Request for Admission served on Defendant.

3. As of this date, Defendant has provided no response to the First Request for Admission.

4. Attached hereto is a true and accurate copy of the Initial Declaration of Robert D. Moody and accompanying forensic examination of Defendant's website, dated October 20, 2020.

5. Attached hereto is a true and accurate copy of the Supplemental Declaration of Robert D. Moody and accompanying forensic examination of Defendant's website, dated October 7, 2021.

Dated: October 12, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　William J. Downes , Esq.