```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
JOSUE ROMERO, on behalf of himself and all others              :
similarly situated,                                            :
                                                               :
                              Plaintiff,                       :   20-cv-10189 (LJL)
                                                               :
        -v-                                                    :        ORDER
                                                               :
ZIP TOP, LLC,                                                  :
                                                               :
                              Defendant.                       :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/11/2022

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that any pending motions are DISMISSED as moot, all existing conferences and deadlines are CANCELLED, and the case is STAYED. The parties are directed to file a status update by March 13, 2022. A Telephone Conference is hereby scheduled for March 15, 2022 at 4:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

SO ORDERED.

Dated: February 11, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge