UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JOSUE ROMERO, Individually, and On Behalf of All Others Similarly Situated,

                    Plaintiff,

vs.

ZIP TOP, LLC,

                    Defendant.

---------------------------------------------------------------x

Case No.: 1:20-cv-10189-LJL

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Josue Romero hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Zip Top, LLC.

DATED:  April 4, 2022                    **MIZRAHI KROUB LLP**

                                                        /s/ Joseph H. Mizrahi
                                                      JOSEPH H. MIZRAHI

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*